IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PATRICK JAMES DAKINS, #278721,      )
                                    )
         Petitioner,                )
                                    )
v.                                  ) CIVIL ACTION NO. 3:19-cv-664-ECM
                                    )
STATE OF ALABAMA, *et al.*,         )
                                    )
         Respondents.               )

## MEMORANDUM OPINION and ORDER

On May 4, 2022, the Magistrate Judge entered a Recommendation that the Petitioner's habeas petition be denied (doc. 43) to which no objections have been filed. Upon an independent review of the file, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the petition for writ of habeas corpus is DENIED, and this case is DISMISSED with prejudice.

Done this 14th day of June, 2022.


         _____/s/ Emily C. Marks_____
         EMILY C. MARKS
         CHIEF UNITED STATES DISTRICT JUDGE